## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Eric Mercer, being duly sworn, state the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have worked there since January 2020. I am currently assigned to the Bridgewater, Massachusetts, Field Office. Prior to my employment with the ATF, I was employed as a Trooper with the New Hampshire State Police from 2018 to 2020. As an ATF Special Agent, I have training and experience regarding investigations involving firearms and narcotics trafficking and the possession of firearms by prohibited persons, including felons, parolees, illegal aliens, narcotics users, and narcotics traffickers. I have additionally received training and experience conducting investigations involving the possession and use of firearms in violent crime and narcotics offenses. As a result of my training and experience, I am familiar with methods commonly utilized by firearms and narcotics traffickers, as well armed offenders, in conducting their business.

2. I have participated in various aspects of firearms and narcotics investigations, including physical surveillance, surveillance of controlled purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses who had personal knowledge regarding firearms and narcotics trafficking organizations.

3. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

4.  This affidavit is being submitted in support of a criminal complaint and arrest warrant for Kessi Jhonny Firmino SALES. There is probable cause to believe that SALES has committed the crime of Possession of a Firearm or Ammunition by an Illegal Alien in violation of 18 U.S.C. § 922(g)(5).  In this regard, as set forth below, there is probable cause to believe that SALES possessed a Palmetto State Armory, PA-15, multi-caliber rifle (chambered in .223), bearing serial number LW295346.  This rifle was subsequently recovered during an ATF controlled purchase on August 15, 2024.

5.  The information contained in this affidavit is based on my own investigation, oral and written reports by other law enforcement officers, physical surveillance, information from CW-1, public records, database checks, and other investigations. The dates and times in this affidavit are approximate. Because this affidavit is submitted for the limited purpose of supporting issuance of an arrest warrant for SALES, I have not presented every fact learned during the investigation, but only that information necessary to fully support probable cause for arrest warrants.

## PROBABLE CAUSE

6.  Throughout 2024 and 2025, agents from ATF Boston and HSI Boston, in conjunction with ICE Enforcement and Removal Operations ("ERO") Boston, have been involved in an ongoing investigation targeting the illegal sales of firearms in the Commonwealth of Massachusetts.  Based on the ongoing investigation, agents identified that Brazilian nationals, operating in several communities in Massachusetts, have been involved in the sale of various types of firearms.  During the investigation, agents determined that some of the firearms were tied to gang-related activities involving a large Brazilian transnational criminal organization, Primeiro Comando da Capital ("PCC"), as well as smaller, local street gangs, specifically the

"Tropa de Sete" and "Trem Bala" street gangs. Primeiro Comando da Capital, originally founded in the prison systems in São Paulo, Brazil, is one of the largest criminal organizations in Brazil and Latin America. Primeiro Comando da Capital members and their associates are known to commit violent offenses in furtherance of the organization, to include murders, armed robberies, kidnappings, and the coordination of a transnational drug trafficking operation.

7. Pursuant to pre-planned enforcement operations, ATF agents seized approximately 110 firearms, trafficking quantities of fentanyl, and ammunition during the ongoing investigation. The firearms recovered include, but are not limited to, handguns, rifles, short-barreled rifles and shotguns that were primarily trafficked from areas in Florida and South Carolina into Massachusetts. As of the present date, seventeen Brazilian nationals have been charged federally pursuant to this ongoing investigation; a significant number of these Brazilian nationals trafficking in firearms have no legal status in the United States and are in the United States illegally.

**Arrest of Alason FERREIRA-PEIXOTO**

8. During a period between June to August 2024, investigators were involved in seven (7) controlled purchases from Alason FERREIRA-PEIXOTO, resulting in the recovery of twelve (12) firearms. During each of the controlled purchases, an ATF cooperating witness ("CW-1") arranged and met with FERREIRA-PEIXOTO at various locations in Massachusetts. On September 17, 2024, a federal arrest warrant was issued in the District of Massachusetts for the arrest of FERREIRA-PEIXOTO, charging FERREIRA-PEIXOTO with Engaging in the Business of Dealing Firearms without a License in violation of 18 U.S.C. § 922(a)(1)(A) and Conspiracy to Engage in the Business of Dealing Firearms without a License in violation of 18 U.S.C. § 371 (*see 24-MJ-8519*). On September 18, 2024, FERREIRA-PEIXOTO was arrested

by ATF agents in Bridgewater, Massachusetts, pursuant to the arrest warrant. During the arrest, Agents seized FERREIRA-PEIXOTO's mobile device, identified as an Apple iPhone.

9. Pursuant to the ongoing investigation, agents learned that FERREIRA-PEIXOTO illegally crossed the United States border in or around 2021, prior to arriving in Massachusetts. Agents further learned that FERREIRA-PEIXOTO's firearm trafficking included participating in multiple trips to Southern states, with other Brazilian nationals, for the purpose of acquiring firearms. Agents also searched FERREIRA-PEIXOTO's phone for additional evidence related to his criminal activities.

### Review of Forensic Extraction & SALES Messages

10. In November 2024, a forensic extraction of the Apple iPhone was completed at the New England Regional Computer Forensic Laboratory. The extraction was later logged into evidence at the ATF Bridgewater Field Office. Agents, to include myself, have conducted a review of the forensic extraction. In particular, I located WhatsApp messages between FERREIRA-PEIXOTO and the phone number (508) XXX-1590, assigned contact name "Jhonny" which investigators believe was a phone used by SALES (hereinafter referred to as the SALES Phone).

11. On August 9, 2024, at approximately 8:22 p.m., the SALES Phone sent three images to FERREIRA-PEIXOTO's phone. The images (one of which is set forth below) depict three individuals standing in what appears to be a bathroom of a motel/hotel, while holding firearms. The individual in the middle, wearing a green sweatshirt and black shorts, is FERREIRA-PEIXOTO. I am familiar with FERREIRA-PEIXOTO's appearance, to include a unique tattoo of a cross with red markings on his neck, which is visible in the photograph.



12. During this investigation, I conducted queries of the Massachusetts Registry of Motor Vehicle ("RMV") records and located SALES' Massachusetts driver's license. Based on a comparison of SALES' driver's license photograph, I believe the individual depicted on the right, wearing a black tank top and multi-colored swimsuit or shorts, is SALES. Set forth below, is

5

SALES' Massachusetts driver's license photograph and a cropped version of the photograph sent by the SALES Phone to FERREIRA-PEIXOTO, for comparative purposes.



13. On August 15, 2024, ATF CW-1, at the direction of investigators, conducted a controlled purchase of (1) a Palmetto State Armory, PA-15, multi-caliber rifle (chambered in .223 caliber), bearing serial number LW295346; (2) a Wilson Combat, multi-caliber pistol (chambered in .223 caliber), bearing serial number WCA31796; and (3) seventy three (73) rounds of .223 caliber ammunition, from FERREIRA-PEIXOTO in Centerville, MA. Photographs of both firearms are depicted below.

6





14.    I have reviewed the photograph (depicted in Paragraph 11) sent by SALES to FERREIRA-PEIXOTO. Based on the following, I believe that the firearm possessed by SALES in the photograph is the same Palmetto State Armory PA-15, multi-caliber rifle, purchased by CW-1 on August 15, 2024, in Centerville, MA. The rifle has the following distinct characteristics: (1) red front and rear takedown pins; (2) a red forward assist; (3) a red ejection port dust cover; (4) a red magazine release; (5) a red selector switch; and (6) a GT distributors red dot sight optic. In the photograph depicting SALES possessing the rifle, all of the above characteristics are visible, with the exception of the selector switch, which is obstructed from the

photograph by his hand. Lastly, the AR platform pistol possessed by the individual on the left of the photograph appears consistent with the Wilson Combat, multi-caliber pistol, purchased from FERREIRA-PEIXOTO, on August 15, 2024.

15. Identified below, is a photograph of the Palmetto State Armory, PA-15, multi-caliber rifle, bearing serial number LW295346, currently logged into evidence at the ATF Bridgewater Field Office and a cropped version of the photograph sent by SALES, for comparative purposes.



16. On August 12, 2024, ATF CW-1, at the direction of agents, conducted a controlled purchase of a Stag Arms, Stag-15, multi-caliber rifle, bearing serial number 176738 from FERREIRA-PEIXOTO in West Yarmouth, MA. The Stag Arms rifle purchased on August 12, 2024 is similar to the firearm possessed by FERREIRA-PEIXOTO in the photograph sent by SALES. Identified below is a photograph of the Stag Arms Stag-15 rifle, purchased by CW-1 on August 12, 2024.



17. Further, the firearm possessed by the individual on the left of the photograph, who is wearing a white shirt and baseball hat, appears consistent with the Wilson Combat WC-15 multi-caliber pistol (chambered in .223 caliber), which was purchased by CW-1 from FERREIRA-PEIXOTO on August 15, 2024. Particularly, the firearm is an AR platform pistol and the design of the front mounting rail appears consistent with the photograph. A photograph of this firearm (Wilson Combat WC-15) is included in Paragraph 13.

18. Thus, all three firearms appearing in the photo sent by SALES to FERREIRA-PEIXOTO were subsequently recovered from FERREIRA-PEIXOTO in controlled purchases. Following the controlled purchases, trace requests were submitted to the ATF National Tracing

Center.  The Palmetto State Armory, PA-15, multi-caliber rifle, was purchased on May 11, 2020, in Summerville, South Carolina.  The Wilson Combat WC-15, multi-caliber pistol, was purchased on March 29, 2021, in Summerville, South Carolina.  The Stag Arms Stag-15, multi-caliber rifle, was purchased on May 25, 2012, also in Summerville, South Carolina. While purchased on different dates, the Palmetto State Armory and Wilson Combat were both purchased at the Palmetto State Armory location in Summerville.

### Cooperating Witness Communications with FERREIRA-PEIXOTO

19. On August 5, 2024, CW-1 reported to investigators that he/she communicated with FERREIRA-PEIXOTO via WhatsApp. CW-1 reported that FERREIRA-PEIXOTO told him/her that he would be traveling to North Carolina to acquire a rifle, which would be available for sale upon his return to Massachusetts. CW-1 reported FERREIRA-PEIXOTO sent him/her a photograph of the rifle, which is identified below. I have reviewed the photograph and observed that the rifle has similar distinct red characteristics to the Palmetto State Armory PA-15, such as the optic, red forward assist, and red ejector port dust cover.  However, the red attachments did not appear to be located on the magazine release and front/rear takedown pins, and the grip is inconsistent with the firearm recovered by ATF Agents.  Based on the foregoing, I do not believe that the firearm depicted in the photograph is the same firearm purchased by CW-1 on August 15, 2024.  However, the rifle case depicted in the photograph, has a distinct pattern.  During the August 15th controlled purchase, FERREIRA-PEIXOTO sold CW-1 the two firearms and ammunition inside of a black Redfield rifle case.  The rifle case had the same pattern as the rifle case depicted in the photograph, to include the "R" symbol visible within the pattern. Below, is the photograph sent to CW-1 by FERREIRA-PEIXOTO, and the rifle case, which is currently in ATF custody, for comparative purposes.



20.     On August 7, 2024, CW-1 reported to Agents that he/she communicated with FERREIRA-PEIXOTO via WhatsApp. CW-1 reported that FERREIRA-PEIXOTO advised that he was going to acquire two rifles in North Carolina.  CW-1 received a video of the above identified rifle, with a red forward assist and ejector port dust cover. On August 10, 2024, CW-1 reported to Agents that he/she communicated with FERREIRA-PEIXOTO. CW-1 reported that FERREIRA-PEIXOTO indicated he was back in Massachusetts and acquired at least one rifle.

21.     During this investigation, investigators conducted queries of automated license plate reader ("LPR") systems, to identify target vehicles and patterns of travel. I have reviewed these records and I believe the records are consistent with the travel of FERREIRA-PEIXOTO,

11

and others, on or about August 6, 2024, to South Carolina, where they acquired the Palmetto State Armory PA-15, Stag Arms Stag-15, and Wilson Combat WC-15. The records are consistent with travel back to Massachusetts on August 9, 2024. The photograph sent by SALES was sent to FERREIRA-PEIXOTO shortly after their arrival back in Massachusetts.

22. On August 6, 2024, at approximately 9:11 p.m., a Toyota Prius associated with FERREIRA-PEIXOTO and his involvement in firearms trafficking was captured on an LPR system on the Sagamore Bridge in Bourne, Massachusetts, traveling northbound. This direction of travel is consistent with the vehicle leaving Cape Cod.  On August 7, 2024, at approximately 12:25 a.m., the Toyota Prius was captured on an LPR system on Interstate 287 in Tarrytown, New York.  On August 7, 2024, at approximately 5:38 p.m., the Toyota Prius was captured on an LPR system on N. Main Street in Summerville, South Carolina. At approximately 6:43 p.m., the Toyota Prius was captured again on an LPR system on N. Main Street in Summerville, South Carolina.  On August 8, 2024, at approximately 11:08 a.m., the Toyota Prius was captured on an LPR system on N. Main Street in Summerville, SC.  As noted above, all three firearms in the SALES photograph, which were subsequently recovered from FERREIRA-PEIXOTO, were sold in Summerville, SC.

23. On August 9, 2024, the Toyota Prius was captured on an LPR system on Interstate 84 in Brewster, New York.  On August 9, 2024, at approximately 7:19 p.m., the Toyota Prius was captured on an LPR system on the Bourne Bridge in Buzzards Bay, Massachusetts, traveling southbound.  This direction of travel is consistent with the Toyota Prius traveling back on to Cape Cod.  At approximately 8:02 p.m., the Toyota Prius was captured on an LPR system in the area of 55 Main Street in West Yarmouth, Massachusetts.  Investigators identified that FERREIRA-PEIXOTO lived at the Yarmouth Resort, a motel which is located at 343 Main

Street in West Yarmouth, Massachusetts. The Toyota Prius was subsequently captured on the same LPR system on Main Street at 8:32 p.m., traveling in the opposite direction.

24. I have further reviewed WhatsApp messages between SALES and FERREIRA-PEIXOTO. The messages between both parties are in Portuguese. I have consulted with a Massachusetts State Police Trooper, who is from Brazil and a fluent speaker of Portuguese, as to the content of the communications. On August 9, 2024, the messages between SALES and FERREIRA-PEIXOTO are consistent with SALES meeting with FERREIRA-PEIXOTO at FERREIRA-PEIXOTO's residence, believed to be the Yarmouth Resort. At approximately 7:17 p.m., FERREIRA-PEIXOTO messaged SALES that they were almost there, indicating he was almost back. At approximately 7:27 p.m., SALES messaged FERREIRA-PEIXOTO that he was going to go to FERREIRA-PEIXOTO's residence. The timing of these messages is consistent with the LPR records, as the Toyota Prius crossed the Bourne Bridge onto Cape Cod at approximately 7:19 p.m. At 7:46 p.m., FERREIRA-PEIXOTO messaged SALES that he should stop by another person's residence, who investigators are aware also previously resided at the Yarmouth Resort.

25. On August 9, 2024, at approximately 8:22 PM, the SALES Phone sent FERREIRA-PEIXOTO the three photographs identified above – of the three individuals in what appears to be a motel/hotel bathroom and each holding a firearm. Based on the above, I believe that SALES met with FERREIRA-PEIXOTO at the Yarmouth Resort (where FERREIRA-PEIXOTO was residing) after FERREIRA-PEIXOTO and others arrived back from South Carolina with firearms. During this meeting on or about August 9, 2024, SALES illegally possessed the Palmetto State Armory, PA-15 rifle. On this point, SALES sent photographs of

13

FERREIRA-PEIXOTO of their meeting, including both of them holding firearms that were subsequently recovered from FERREIRA-PEIXOTO during controlled purchases.

**SALES Border Patrol Apprehension – August 2021**

26. During this investigation, I have reviewed documents and reports related to SALES' immigration status, to include reports authored and documented by the U.S. Border Patrol. Per reports, on or about August 15, 2021, at approximately 3:44 a.m., the U.S. Border Patrol apprehended SALES and a young boy (SALES' son) approximately 5.4 miles east of the Tecate, California Port of Entry, and approximately 50 yards north of the United States/Mexico International Boundary. SALES did not enter the United States through a legal port of entry. SALES and his child were subsequently transported to the Central Processing Center located in San Ysidro, California, for processing.

27. Per reports, on or about August 16, 2021, SALES admitted that he is a citizen of Brazil, and his child is a citizen of Brazil. SALES admitted neither he, nor his child, possess any legal immigration documents that would allow them to enter, remain, or pass through the United States legally. SALES further admitted that he and his child knowingly entered the United States illegally afoot on August 15, 2021, and they were not inspected by an immigration officer. A Portuguese translator was used to communicate with SALES during this time. Further, the report noted that SALES was served with Department of Homeland Security ("DHS") forms, to include I-220A and I-862 forms. I have reviewed both forms, which were served to SALES, and noted the following.

28. The I-862 form "Notice to Appear" dated August 16, 2021, stated, "The Department of Homeland Security alleges that … : 1. You are not a citizen or national of the United States; 2. You are a native or BRAZIL and a citizen of BRAZIL; 3. You arrived in the

United States at or neat TECATE, CA, on or about August 15, 2021; 4. You were not then admitted or paroled after inspection by an immigration officer." The box on the form, stating "You are an alien present in the United States who has not been admitted or paroled" was checked. SALES was ordered to appear before an immigration judge on October 1, 2021, in Buffalo, New York. The Certificate of Service indicated the form was served in person on SALES and was provided orally in Portuguese. SALES was charged with Section §212(a)(6)(A)(i) – Alien Present in the United States without being Admitted or Paroled, or who Arrived in the United States at Any Time or Place other Than as Designated by the Attorney General. SALES was subsequently released from U.S. Border Patrol custody.

29.     According to DHS records, on or about September 15, 2023, SALES was ordered removed by an immigration judge in Buffalo, New York. The removal order was issued *in absentia*, and a notice was sent via mail to SALES' last known address.

## CONCLUSION

30. In light of the above, there is probable cause to believe that SALES has violated 18 U.S.C. § 922(g)(5) by being an illegal alien in possession of a fiearm.

Respectfully submitted,

*Eric Mercer /by Paul G. Levenson*
Eric Mercer
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to via telephone in accordance with Fed. R. Crim. P. 4.1 this 17th day of March, 2025.

Honorable Paul G. Levenson
United States Magistrate Judge